UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

KATHLEEN SANDS,

                                      Plaintiff,

                 -against-

THE CITY OF NEW YORK; JOHN J. ANTONELLI, as
Acting Commissioner; RICHARD WHITE, as former
Commissioner, Investigation Division; DENNIS WALL, as
former Director, Investigation Division; ALEXIS
CASTILLO, as former Deputy Director, Investigation
Division; and WILLIAM BARNES, as former Captain,
Investigation Division, each being sued individually and in
their official capacities as employees of THE CITY OF
NEW YORK

                                      Defendants.

**STIPULATION AND**
**ORDER OF DISMISSAL**

11 CV 5766 (KAM) (JMA)

-------------------------------------------------------------------X

        **WHEREAS**, plaintiff commenced the above captioned action by filing a complaint on or about November 23, 2011, in the United States District Court, Eastern District of New York, asserting race discrimination claims pursuant to 42 U.S.C. § 1981, 42 U.S.C. § 1983, New York State Executive Law § 296, and New York City Administrative Code § 8-107 against all defendants; and

        **WHEREAS**, defendants have denied the allegations set forth in the complaint; and

        **WHEREAS**, plaintiff agrees to dismiss, with prejudice, all of her claims against all defendants in the above-referenced action;

        **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, as follows:

1.  Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby dismissed, with prejudice, and without costs, expenses or fees to any party.

Dated:  New York, New York
        February 6, 2012

| | |
|---|---|
| Eric Sanders | MICHAEL A. CARDOZO |
| Attorney for Plaintiff | Corporation Counsel of the |
| The Sanders Firm, P.C. | City of New York |
| 1140 Avenue of the Americas, 9th Floor | Attorney for Defendants |
| New York, NY 10036 | 100 Church Street, Room 2-144 |
| 800-371-4835 | New York, New York 10007 |
| esanders@thesandersfirmpc.com | Tel: (212) 788-0883 |
| | dgomez@law.nyc.gov |

By: _____  By: _____
    Eric Sanders                  Daniel Gomez-Sanchez
                                  Assistant Corporation Counsel

SO ORDERED:

_____        _____
U.S.D.J.                      Date

11 CV 5766 (KAM) (JMA)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KATHLEEN SANDS

                              Plaintiff,

-against-

THE CITY OF NEW YORK; JOHN J. ANTONELLI, as Acting Commissioner; RICHARD WHITE, as former Commissioner, Investigation Division; DENNIS WALL, as former Director, Investigation Division; ALEXIS CASTILLO, as former Deputy Director, Investigation Division; and WILLIAM BARNES, as former Captain, Investigation Division, each being sued individually and in their official capacities as employees of THE CITY OF NEW YORK

                              Defendants.

## STIPULATION AND ORDER OF DISMISSAL

*MICHAEL A. CARDOZO*
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, N.Y. 10007

Of Counsel: Daniel Gomez-Sanchez
Tel: (212) 788-0883
Matter # 2011-042431

Due and timely service is hereby admitted.

New York, N.Y. ............................................, 201......

................................................ *Esq.*

Attorney for ........................