UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KATHLEEN SANDS,

                              Plaintiff,

-against-

THE CITY OF NEW YORK; JOHN J. ANTONELLI, as
Acting Commissioner; RICHARD WHITE, as former
Commissioner, Investigation Division; DENNIS WALL, as
former Director, Investigation Division; ALEXIS
CASTILLO, as former Deputy Director, Investigation
Division; and WILLIAM BARNES, as former Captain,
Investigation Division, each being sued individually and in
their official capacities as employees of THE CITY OF
NEW YORK

                              Defendants.

----------------------------------------------------------------X

**STIPULATION AND**
**ORDER OF DISMISSAL**

11 CV 5766 (KAM) (JMA)

       WHEREAS, plaintiff commenced the above captioned action by filing a complaint on or about November 23, 2011, in the United States District Court, Eastern District of New York, asserting race discrimination claims pursuant to 42 U.S.C. § 1981, 42 U.S.C. § 1983, New York State Executive Law § 296, and New York City Administrative Code § 8-107 against all defendants; and

       WHEREAS, defendants have denied the allegations set forth in the complaint; and

       WHEREAS, plaintiff agrees to dismiss, with prejudice, all of her claims against all defendants in the above-referenced action;

       **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby dismissed, with prejudice, and without costs, expenses or fees to any party.

Dated: New York, New York
February 6, 2012

| | |
|---|---|
| Eric Sanders<br>Attorney for Plaintiff<br>The Sanders Firm, P.C.<br>1140 Avenue of the Americas, 9th Floor<br>New York, NY 10036<br>800-371-4835<br>esanders@thesandersfirmpc.com | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendants<br>100 Church Street, Room 2-144<br>New York, New York 10007<br>Tel: (212) 788-0883<br>dgomez@law.nyc.gov |
| By: _____<br>Eric Sanders | By: _____<br>Daniel Gomez-Sanchez<br>Assistant Corporation Counsel |

SO ORDERED:
s/KAM
_____
U.S.D.J.

Feb. 6, 2012
Date